PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FABIAN RODRIGUEZ,<br><br>  Defendant. | Case No. 1:24-CR-00136-KES-BAM<br><br>JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>DATE: December 11, 2024<br>TIME:  1:00 PM<br>COURT: Hon. Barbara A. McAuliffe |

## JOINT STATUS REPORT

Defendant Fabian Rodriguez ("Defendant") and the United States of America ("United States") stipulate and request that the Status Conference currently scheduled for December 11, 2024 be continued to February 26, 2025.

After making his initial appearance on the indictment, Defendant was ordered detained. [ECF #3, 6]. The United States has provided initial discovery to defense counsel.

The parties have been in plea negotiations and have reached a potential roadblock. However, the parties continue to be in negotiations and will likely know by the proposed new date for the Status Conference whether an agreement is possible in this case.

In addition to the above plea negotiations, defense counsel requires time to review discovery and consult with his client. Defense counsel believes that failure to grant the above-requested continuance

1

would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period December 11, 2024, to February 26, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conference currently scheduled on December 11, 2024, at 1:00 p.m., may be continued to February 26, 2025, at 1:00p.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 3, 2024           */s/ Chan Hee Chu*
                                 CHAN HEE CHU
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


Date: December 3, 2024            */s/ David Torres.*
                                  DAVID TORRES
                                  Attorney for Defendant
                                  FABIAN RODRIGUEZ

**O R D E R**

IT IS SO ORDERED. The status currently scheduled for December 11, 2024, at 1:00 p.m. is hereby continued to **February 26, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2024, to February 26, 2025, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **December 4, 2024**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE