MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>FABIAN RODRIGUEZ,<br><br>             Defendant. | Case No. 1:24-CR-00136-KES-BAM<br><br>JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: February 26, 2025.<br>TIME:  1:00 PM<br>COURT: Hon. Barbara A. McAuliffe |

**<u>JOINT STATUS REPORT</u>**

Defendant Fabian Rodriguez ("Defendant") and the United States of America ("United States") stipulate and request that the Status Conference currently scheduled for February 26, 2025 be continued to May 14, 2025.  This is the parties' third request for continuance by stipulation and order.

After making his initial appearance on the indictment, Defendant was ordered detained.  [ECF #3, 6].  The United States has provided initial discovery to defense counsel.

As noted in the prior joint status report, the parties had previously reached a potential roadblock as to plea negotiations.  However, defense counsel recently asked for additional time to discuss the case with Defendant to determine whether a plea agreement may be reached.  To that end, the parties request one last continuance of the Status Conference.  The parties will set a trial date on the new date for the Status Conference if an agreement is not reached by that date.

In addition to the above plea negotiations, defense counsel requires time to review discovery and consult with his client. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period February 26, 2025, to May 14, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conference currently scheduled on February 26, 2025, at 1:00 p.m., may be continued to May 14, 2025, at 1:00p.m.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: February 20, 2025         */s/ Chan Hee Chu*
                                CHAN HEE CHU
                                Assistant United States Attorney
                                Attorney for Plaintiff

Date: February 20, 2025          */s/ David Torres.*
                                DAVID TORRES
                                Attorney for Defendant
                                FABIAN RODRIGUEZ

**O R D E R**

IT IS SO ORDERED. The status currently scheduled for February 26, 2025, at 1:00 p.m. is hereby continued to **May 14, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 26, 2025, to May 14, 2025, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  <u>If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing</u>.

IT IS SO ORDERED.

Dated:   **February 21, 2025**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE