ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>FABIAN RODRIGUEZ,<br><br>               Defendant. | Case No. 1:24-CR-00136-KES-EPG<br><br>STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING; ORDER<br><br>COURT: Hon. Kirk E. Sherriff |

Plaintiff the United States of America and Defendant Fabian Rodriguez ("Defendant") submit this stipulation, pursuant to undersigned counsel, (1) to vacate the currently scheduled trial on February 10, 2026, at 8:30 a.m., and other trial-related deadlines and (2) to set a change of plea hearing, consistent with the recently filed plea agreement, on February 9, 2026, at 9:30 a.m.

1

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. That the currently scheduled trial on February 10, 2026, at 8:30 a.m., and other trial-related deadlines may be vacated;

2. That a change of plea hearing be set for February 9, 2026, at 9:30 a.m.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date:  January 14, 2026                      */s/ Chan Hee Chu*
                                             CHAN HEE CHU
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

Date:  January 14, 2026                       */s/ David A. Torres*
                                             DAVID A. TORRES
                                             Attorney for Defendant
                                             FABIAN RODRIGUEZ

**O R D E R**

**IT IS SO ORDERED.**  The trial currently scheduled for February 10, 2026, at 8:30 a.m., and the trial confirmation hearing on February 2, 2026, at 11:00 a.m., along with all trial-related deadlines are vacated.  A change of plea hearing is set for February 9, 2026, at 9:30 a.m. before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:    January 15, 2026

UNITED STATES DISTRICT JUDGE

3