**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
FABIAN RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:24-CR-00136 KES BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| FABIAN RODRIGUEZ, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, ASSIGNED DISTRICT COURT JUDGE KIRK E. SHERRIFF AND CHAN HEE CHU, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FABIAN RODRDIGUEZ, by and through her attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, June 15, 2026, be continued to Monday, August 31, 2026, at 9:30 a.m.

For the past six (6) weeks, I have been engaged in a jury trial. As a result of my trial obligations and preparation, I have fallen behind on other work-related matters, including the preparation necessary in this case. In addition, I attended a medical appointment on the morning of June 8, 2026. During that appointment, I was advised of a medical condition that requires immediate surgical intervention. The earliest available date for the recommended surgery is July 2, 2026. In order to secure that surgery date, I must obtain referrals from my treating physician and cardiologist as soon as possible. Due to my ongoing trial commitments, the need to address

1

urgent medical issues, and the anticipated surgery and recovery period, I request additional time to adequately prepare and represent my client in this matter.

I have communicated with AUSA Chan Hee Chu and he has no objection to continuing the sentencing date to August 31, 2026.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 10, 2026

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
FABIAN RODRIGUEZ

DATED: June 10, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the sentencing hearing currently set for Monday June 15, 2026, be reset to **Monday, August 31, 2026, at 9:30 a.m.**

IT IS SO ORDERED.

Dated:   June 10, 2026

UNITED STATES DISTRICT JUDGE

2